IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID L. JEMISON, AIS #115044, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>WARDEN WHITE, *et al.*, )<br>    Defendants. ) | CIVIL ACTION NO. 11-00659-KD-N |

**ORDER**

After due and proper consideration of all pleadings in this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated March 15, 2012 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that the Plaintiff's motion to proceed without prepayment of fees (Doc. 2) is **DENIED.**  It is further **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **5**th day of **April 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**